UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN A. LAPLANTE,

    Plaintiff,

v.                                             Case No. 22-10035
                                                 Hon. Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

    Defendant.
_____/

## ORDER REMANDING ACTION

On February 2, 2024, the Sixth Circuit of Appeals issued an Opinion and Judgment affirming in part and reversing in part, and remanding the matter for further proceedings consistent with its opinion. (ECF No. 30; *LaPlante v. Comm of Social Security,* Case No. 23-1460 (6th Cir. Feb. 2, 2024)). The Mandate issued on March 26, 2024. (ECF No. 31)

For the reasons set forth in the Sixth Circuit's Opinion,

IT IS ORDERED this matter is **REMANDED** to the Commissioner in order to provide the Administrate Law Judge an opportunity to explain the reasons for the weight given to Plaintiff's alleged symptoms.

                                                    s/Denise Page Hood
                                                    DENISE PAGE HOOD
                                                    United States District Judge

DATED: March 27, 2024